IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC SHAWN KEMP,

    Plaintiff,                         No. CIV S-06-2558 LKK GGH P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                     <u>ORDER</u>

/

          On November 15, 2007, the court granted defendants' motion to dismiss with leave to amend as to plaintiff's claim that defendants' refusal to grant his request to legally change his name and to use his religious name for purpose other than mail violates the First Amendment. In this order, the court directed plaintiff to address several issues in the amended complaint including whether legally changing his name was mandated by his religion and whether defendants' failure to allow him to use his religious name substantially burdened a central belief of his religion. The court also directed plaintiff to address the ways he would like to use his religious name other than for mail purposes.

          On November 26, 2007, plaintiff filed an amended complaint. On December 11, 2007, defendants filed a request for the court to screen the amended complaint pursuant to 28 U.S.C. § 1915A. Defendants argue that the amended complaint does not adequately address the

1

1 issues raised in the November 15, 2007, order.

2 Liberally construing the amended complaint, plaintiff alleges that the Koran
3 requires him to change his name. Plaintiff also alleges that if he does not change his name, he
4 does not obey Allah. Plaintiff also alleges that he will not be fully converted to the Muslim
5 religion until he changes his name. The court finds that these allegations are sufficient to
6 demonstrate how a central practice of his religion is substantially burdened if he does not change
7 his name. Plaintiff also alleges that he must legally change his name so that his wife and children
8 may take his name, so that he may be buried in a Muslim cemetery and for inheritance purposes.
9 The court finds that plaintiff has pled adequate reasons why he must legally change his name.

10 Whether plaintiff can actually prove that the Koran requires him to change his
11 name or, for example, that he must legally change his name to be buried in a Muslim cemetery
12 remains to be seen.

13 For the reasons set forth above, defendants' request for the court to screen the
14 amended complaint is denied.

15 Accordingly, IT IS HEREBY ORDERED that defendants' December 11, 2007,
16 request for the court to screen the amended complaint is denied; defendants' response to the
17 amended complaint is due within twenty days of the date of this order.

18 DATED: 01/30/08                                    /s/ Gregory G. Hollows

19                                                   UNITED STATES MAGISTRATE JUDGE

20 kemp.ord

2