IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC SHAWN KEMP,

        Plaintiff,                 No. CIV S-06-2558 LKK GGH P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.        <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 5, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1      1. The findings and recommendations filed November 5, 2007, are adopted in full; and

2      2. Defendants' April 2, 2007, motion to dismiss is granted as to plaintiff's claim for damages alleging violation of his First Amendment rights by defendants' refusal to allow him to legally change his name in conjunction with use of his religious name for mail purposes.

DATED: February 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2