IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC SHAWN KEMP,** | 2:06-cv-2558 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Defendants. | |

On August 12, 2008, Defendants sought an extension of time to respond to Plaintiff's First Set of Interrogatories. Good cause appearing, Defendants' request is granted. Defendants have until September 8, 2008, to serve their responses. **No further extensions. Defendants' counsel is reminded that a defendant in his/her official capacity is the *present* holder of the position.**

Dated: 08/19/08                             /s/ Gregory G. Hollows
                                            _____
                                            U.S. MAGISTRATE JUDGE

kemp2558.eot

[Proposed] Order

1